UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK A. SUMEREL,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C05-5011-FDB<br><br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will obtain a psychological evaluation, including testing, to determine whether Plaintiff's mental status relating back to his date last insured of June 30, 1998, as recommended by Thomas McKnight, M.D. In addition, the ALJ will obtain Plaintiff's records from public schools and community college/auto mechanic training, if these records are available.

Page 1 ORDER OF REMAND - [C05-5011-FDB]

If warranted, the ALJ will obtain input from a medical expert.  The ALJ will obtain Plaintiff's inpatient treatment records for alcohol abuse and consider substance abuse as an impairment.  The ALJ will analyze Plaintiff's mental impairments using the special technique outlined in 20 C.F.R. § 404.1520a.  The ALJ will also analyze evidence of obesity as required by Social Security Ruling 02-1p.  The ALJ will reanalyze Plaintiff's residual functional capacity.  Finally, the ALJ will ensure that any discrepancies between the vocational expert's testimony and the Dictionary of Occupational Titles are identified and resolved in the decision.

DATED this 31st day of May 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

___s/ Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2  ORDER OF REMAND - [C05-5011-FDB]