United States District Judge FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK A. SUMEREL,                          )
                                          )   CIVIL NO. C05-5011FDB
                    Plaintiff,            )
                                          )   ORDER FOR EAJA FEES, COSTS AND
vs.                                       )   EXPENSES
                                          )
JO ANNE B. BARNHART,                      )
Commissioner of Social Security,          )
                                          )
                                          )

        THIS MATTER having come on regularly before the undersigned upon by
Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not
opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses
should be awarded, good cause having been shown, now, therefore, it is hereby

        ORDERED that Plaintiff's attorney Elie  Halpern is hereby awarded EAJA fees of
$3,488.80 plus costs of $192.10 and expenses of $46.53.

        DATED this 8th day of June 2005.


                                          _____
                                          FRANKLIN D. BURGESS
                                          UNITED STATES DISTRICT JUDGE


ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C05-5011FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1

Presented by:

2

3

S/ELIE  HALPERN_____

4

ELIE  HALPERN, WSBA #1519
Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C05-5011FDB] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055